State v. Willingham

STATE OF NORTH CAROLINA v. EASTERN WILLINGHAM

No. 7212SC698

(Filed 25 October 1972)

APPEAL by defendant from *Clark, Judge,* 15 May 1972 Criminal Session, CUMBERLAND County Superior Court.

The defendant was charged in two separate bills of indictment. The first bill of indictment charged the defendant with second-degree burglary of a mobile home located in a trailer park in Fayetteville, North Carolina, which was used as a dwelling house but at the time was actually unoccupied. In the second bill of indictment, the defendant was charged with the crime of an assault with intent to commit rape. To both charges the defendant entered a plea of not guilty. After a jury trial the defendant was found guilty of both charges, and from judgments imposing prison sentences, the defendant appealed.

*Attorney General Robert Morgan by Assistant Attorney General James L. Blackburn for the State.*

*Assistant Public Defender Kenneth Glusman for defendant appellant.*

CAMPBELL, Judge.

We have reviewed the record in this case and find it to be free of any prejudicial error. The defendant was afforded a trial which was fair and free of error. The bills of indictment, pleas, judgment and sentences were in all respects regular and proper.

No error.

Judges MORRIS and PARKER concur.